IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAYVAND THOMAS,** | CV F-05-0139 AWI LJO HC |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT M. KERNAN,** | |
| Respondent. | |

Respondent has filed a request to modify the scheduling order to allow Respondent to file a timely motion to dismiss the petition for writ of habeas corpus.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request to modify the scheduling order is hereby granted;

2. Respondent's motion to dismiss is hereby deemed timely filed nunc pro tunc to May 25, 2005.

IT IS SO ORDERED.

**Dated:   June 28, 2005**              /s/ Lawrence J. O'Neill
23ehd0                                   UNITED STATES MAGISTRATE JUDGE

1