UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAYVAND D. THOMAS, | ) | 1:05-CV-0139 AWI LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| v. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| SCOTT M. KERNAN, et al., | ) | [Doc. #17] |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 1, 2005, Petitioner filed a motion requesting additional time to file a response to Respondent's motion to dismiss dated June 16, 2005. However, Petitioner already filed a response to the motion to dismiss on July 7, 2005. Based on Respondent's motion to dismiss and Petitioner's answer thereto, the Court issued a Findings and Recommendation on July 22, 2005. Petitioner filed his objections to the Findings and Recommendation on September 1, 2005, and the matter is now pending before the District Court. Therefore, Petitioner's request for an extension of time is DENIED.

IT IS SO ORDERED.

**Dated:   September 8, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                                  UNITED STATES MAGISTRATE JUDGE